NORTH AMERICAN IRON & STEEL CO., INC., Plaintiff, v. ISAACSON STEEL ERECTORS, INC., Defendant and Third-Party Plaintiff-Respondent. UNITED STATES FIDELITY & GUARANTY COMPANY et al., Third-Party Defendants-Appellants. (And a Fourth-Party Action.)

Munder, Acting P. J., Martuscello, Latham and Shapiro, JJ., concur; Benjamin, J., dissents and votes to affirm the judgment insofar as appealed from.